No. 340.  INTERNATIONAL TYPOGRAPHICAL UNION, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD, 365 U. S. 705.  Petition for rehearing or to remand judgment denied.  MR. JUSTICE HARLAN and MR. JUSTICE

942

WHITTAKER would call for a response. See Rule 58 (3). MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.